■ RONALD LYNCH, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 110584.) [816 NYS2d 398]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered September 12, 2005. The order, insofar as appealed from, denied in part claimant's motion seeking document discovery and interrogatory responses.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.